UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARLEEN D. JONES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 4:05-CV-1554 (CEJ) |
| STEVE LONG, et al.,[1] | ) ) ) |
| Respondents. | ) |

**MEMORANDUM AND ORDER**

This habeas corpus action is before the Court upon the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles, to whom the matter was referred pursuant to 28 U.S.C. § 636(b). On May 7, 2008, Judge Buckles issued a Report and Recommendation, recommending that the petition of Arleen D. Jones for a writ of habeas corpus under 28 U.S.C. § 2254 be denied. Petitioner has not filed any objections to the Report and Recommendation, and the time allowed for doing so has now elapsed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles [#16] is sustained, adopted, and incorporated herein.

---

[1]As noted by Judge Buckles, petitioner has been released on parole by the Board of Probation and Parole and is no longer incarcerated. Therefore, Steve Long, the chairman of the Division of Probation and Parole, and Amy J. Sanders, the parole officer responsible for supervising petitioner, are both substituted as proper party respondents. See Rule 2(b), Rules Governing Section 2254 Cases in the United States District Courts, Advisory Committee Notes.

**IT IS FURTHER ORDERED** that the petition of Arleen D. Jones for a writ of habeas corpus [#1] is **denied.**

**IT IS FURTHER ORDERED** that petitioner has failed to make a substantial showing of the denial of a constitutional right and the Court will not issue a certificate of appealability. See <u>Cox v. Norris</u>, 133 F.3d 565, 569 (8th Cir. 1997).

A separate judgment in accordance with this order will be entered this same date.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of May, 2008.